```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HEALTHCARE ADVOCATES, INC.      :        CIVIL ACTION
                                :
            v.                  :
                                :
HARDING, EARLEY, FOLLMER &      :        NO. 05-3524
FRAILEY, et al.
```

O R D E R

Before the Honorable Robert F. Kelly

       AND NOW, this 20th day of July, 2007, in accordance with the Court's Memorandum & Order on this date,

       IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendants and against the plaintiff.

```
                            BY THE COURT

                            ATTEST: s/Thomas Garrity
                                    Thomas Garrity
                                    Deputy Clerk
```

Civ 1 (8/80)