IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEALTHCARE ADVOCATES INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HARDING, EARLEY, FOLLMER & FRAILEY, et al. | : | NO. 05-3524 |
| | : | |

### AMENDED JUDGMENT

**AND NOW**, this 16th day of March, 2012, it is hereby **ORDERED** that the amount of Judgment entered on September 10, 2007 (Doc. No. 86) is hereby amended and Judgment is hereby entered in the amount of Eight Thousand, Six Hundred and Forty-eight Dollars and Sixty Cents ($8,648.60).

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE